IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>Defendant. | Case No. 1:14-cv-3081-WMN<br><br>Hon. William M. Nickerson |

## DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION TO TRANSFER VENUE

For the reasons set forth in the accompanying Memorandum of Law, Defendant FedEx Ground Package System, Inc. hereby moves, pursuant to 28 U.S.C. § 1404(a), to transfer this action from the U.S. District Court for the District of Maryland to the U.S. District Court for the Western District of Pennsylvania.

Dated: November 26, 2014

Respectfully submitted,

  /s/    Grace E. Speights
Grace E. Speights (Bar No. 05254)
gspeights@morganlewis.com
Matthew J. Sharbaugh (Bar No. 18942)
msharbaugh@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:    (202) 739-3000
Fax:   (202) 739-3001

*Counsel for Defendant
FedEx Ground Package System, Inc.*

DB1/ 81377894.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2014, I caused a true and correct copy of the foregoing document, **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION TO TRANSFER VENUE,** to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to and accomplish service upon all counsel of record:

> Debra M. Lawrence
> debra.lawrence@eeoc.gov
> Maria Luisa Morocco
> maria.morocco@eeoc.gov
> EEOC, City Crescent Bldg
> 10 S. Howard St. Third Fl.
> Baltimore, MD 21201
> Phone: (410) 962-3932
> (410) 209-2730
> Fax: (410) 209-2221
> (410) 962-4270
>
> Thomas D. Rethage, Jr.
> thomas.rethage@eeoc.gov
> Jennifer Lynn Hope
> jennifer.hope@eeoc.gov
> EEOC, Philadelphia District Office
> 801 Market St., Suite 1300
> Philadelphia, PA 19107
> Phone: (215) 440-2683
> (215) 440-2841
> Fax: (215) 440-2848
>
> *Attorneys for Plaintiff*
> *Equal Employment Opportunity Commission*

          /s/   Grace E. Speights
          Grace E. Speights, Esq.