```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND


EQUAL EMPLOYMENT OPPORTUNITY    *
COMMISSION                      *
                                *
v.                              *    Civil Action No. WMN-14-3081
                                *
FEDEX GROUND PACKAGE            *
SYSTEM, INC.                    *

    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

**ORDER**

In accordance with the accompanying memorandum, and for the reasons stated therein, IT IS this 24th day of February, 2015, by the United States District Court for the District of Maryland, ORDERED:

(1) That the Motion to Transfer filed by Defendant FedEx Ground Package System, Inc., ECF No. 9, is GRANTED;

(2) That the Clerk of the Court shall transfer this action to the United States District Court for the Western District of Pennsylvania; and

(3) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.


                          _____/s/_____
                          William M. Nickerson
                          Senior United States District Judge