

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

February 24, 2015

Clerk, U.S. District Court
  Western District of Pennsylvania
United States Post Office and Courthouse
700 Grant Street, Room 3110
Pittsburgh, PA  15219-1906

      RE:    Equal Employment Opportunity Commission v FedEx Ground Package System, Inc.
             Civil No. WMN-14-3081

Dear Clerk:

☒    On February 24, 2015, an Order was filed transferring the above-captioned case to your Court.

☐    On Click here to enter a date., an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

☐    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

                                    Sincerely,

                                    Felicia C. Cannon, Clerk
                      By:           /s/
                                    B. Hilberg,  Deputy Clerk

Enclosure

Received by: _____
Date:_____
New Case No.: _____

Letter transferring case (Rev. 02/26/2002)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov